**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 5:21-cr-6 |
| MATTHEW JAMES THOMAS, | |
| Defendant. | |

## ORDER

The Court held an Initial Appearance in this case on November 9, 2022.  At the Initial Appearance, the Government moved for Defendant's detention pending the final revocation hearing in this case.  Defendant waived his right to a bond hearing at that time.  Defendant also waived his right to a preliminary hearing.  Doc.59.  In light of Defendant's waiver of preliminary hearing, doc.59, Defendant was remanded to the custody of the United States Marshal pending the final revocation hearing.

**SO ORDERED**, this 9th day of November, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA